IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADVANTAGE WAYPOINT LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-cv-01053 ) ) |
| MICHAEL BAKER, | ) Crenshaw/Frensley |
| Defendant. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.02, Advantage Waypoint LLC makes the following disclosure:

1. All parent corporations, if any of the named party:

   Advantage Waypoint LLC is fully owned by Advantage Sales & Marketing, LLC.

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock:

   N/A.

Dated this the 25th day of July 2017.

           Respectfully submitted,

           s/ William S. Rutchow
           William S. Rutchow, TN #017183
           OGLETREE, DEAKINS, NASH, SMOAK &
           STEWART, P.C.
           SunTrust Plaza
           401 Commerce Street, Suite 1200
           Nashville, TN 37219-2446
           Telephone: 615.254.1900
           Facsimile: 615.254.1908

           Attorneys for Plaintiff ADVANTAGE
           WAYPOINT LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of July 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

J. Britt Phillips
Christopher J. Schroeck
Sutter O'Connell Co.
341 Cool Springs Blvd., Suite 430
Franklin, TN 37067

s/ William S. Rutchow

30644182.1