IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ADVANTAGE WAYPOINT LLC,** )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>**MICHAEL BAKER,** )<br>)<br>Defendant. )<br>)<br>)<br>**MICHAEL BAKER,** )<br>)<br>Counter-Plaintiff )<br>)<br>-vs- )<br>)<br>**ADVANTAGE WAYPOINT, LLC** )<br>)<br>Counter-Defendant )<br>)<br>)<br>**MICHAEL BAKER,** )<br>)<br>Third-Party Plaintiff )<br>)<br>-vs- )<br>)<br>**DON DAVIS** )<br>)<br>Third-Party Defendant )| No.: 3:17-cv-01053<br><br>JUDGE: CRENSHAW<br>MAGISTRATE: BROWN<br><br>**(Jury Demand Endorsed Hereon)** |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE
AND FOR THE COURT TO RETAIN JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 41, all parties to this action, through their respective undersigned counsel, jointly move for dismissal of all claims and counterclaims asserted in this case with prejudice. In support of thereof, the parties stipulate as follows:

1. On January 23, 2018, the Court entered a Preliminary Injunction Order (Doc. No. 79).

2. On April 3, 2018, the Court entered an Amended Preliminary Injunction Order. (Doc. No. 82).

3. On April 30, 2018, the parties also entered into a Confidential Settlement Agreement, memorializing the settlement terms and agreeing to fully resolve the claims and counterclaims in this lawsuit.

4. A provision of the Confidential Settlement Agreement is that this Court retain jurisdiction to enforce the Agreement between the parties, and over any matters or actions brought to enforce the Confidential Settlement Agreement.

WHEREFORE, based upon the foregoing, the parties respectfully request that the entire above-captioned action be dismissed with prejudice, each party to bear his/its own costs and fees. The parties further request that this Court retain jurisdiction to enforce the provisions of the Agreement.

Dated this 19th day of May 2018.

                        Respectfully submitted,

                        s/ J. Britt Phillips
                        J. BRITT PHILLIPS, #20937
                        CHRISTOPHER J. SCHROECK, #31875
                        **Sutter O'Connell Co.**
                        341 Cool Springs Blvd Suite 430
                        Franklin, TN 37067

                        MICHAEL S. ADLER, pro hac vice
                        **Tantalo & Adler LLP**
                        1801 Century Park East, Suite 2400
                        Los Angeles, CA 90067

                        *Counsel for Michael Baker*

s/ William S. Rutchow
William S. Rutchow, TN # 017183
Luther Wright, Jr., TN # 017626
**Ogletree, Deakins, Nash, Smoak & Stewart, PC**
401 Commerce Street Suite 1200
Nashville TN  37219

Bradford Newman
**Paul Hastings LLP**
1117 S. California Avenue
Palo Alto, CA  94304

Elena Baca
**Paul Hastings LLP**
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Justin M. Scott
**Paul Hastings LLP**
101 California Street, 48th Floor
San Francisco CA  94111

*Counsel for Plaintiff and Third Party Defendant*

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 18, 2018, a copy of the Joint Motion for Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system:

J. Britt Phillips
Christopher J. Schroeck
Sutter O'Connell Co.
341 Cool Springs Blvd., Suite 430
Franklin, TN 37067

Michael S. Adler, pro hac
Tantalo & Adler LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 734-8695
e-mail: madler@ta-llp.com

                                                 s/William S. Rutchow

26534691.1

4
Case 3:17-cv-01053   Document 83   Filed 05/18/18   Page 4 of 4 PageID #: 2210