UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADVANTAGE WAYPOINT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL BAKER, | ) No. 3:17-cv-01053 |
| Defendant | ) CHIEF JUDGE CRENSHAW |
| MICHAEL BAKER, | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| ADVANTAGE WAYPOINT, LLC, | ) |
| Counter-Defendant, | ) |
| MICHAEL BAKER, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| DON DAVIS, | ) |
| Third-Party Defendant. | ) |

## ORDER

The Joint Motion for Dismissal with Prejudice and for the Court to Retain Jurisdiction (Doc. No. 83) is **GRANTED.** Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE